COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the matter of J.B.

Appellate case number:    01-13-00844-CV

Trial court case number:  2013-02490J

Trial court:              314th District Court of Harris County

On January 17, 2014, appellant filed a Response to Clerk's Notice Dated January 7, 2014 and, Alternatively, Motion to Abate Appeal.

The Motion to Abate is **DENIED**. However, we **ORDER** appellant to obtain certification of a right to appeal within 20 days from the date of this order, along with a supplemental record from the trial court clerk of same. In the event such certification and supplement are not filed within this timeframe, appellant is **ORDERED** to provide the Court with a written update regarding efforts to obtain same.

It is so ORDERED.

Judge's signature:/s/ Justice Rebeca Huddle
        ☒  Acting individually      ☐  Acting for the Court

Date:  January 29, 2014